# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINA M. JENKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-28** |
| **AVIATION LABORATORIES, INC.** | **SECTION "R"(1)** |

## ORDER WITHDRAWING REFERENCE

Considering the notice of lack of unanimous consent to proceed before the United States Magistrate.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Sally Shushan pursuant to Local Rule 73.2E is hereby withdrawn.

New Orleans, Louisiana, this   27th   day of January, 2011.

*Sarah Vance*
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

cc: U.S. Magistrate Judge Shushan